**EXHIBIT 2**

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| JAMES BOLAND, ET AL., <br><br> Plaintiff <br><br> v. <br><br> L&J CONTRACTING, INC., et al. <br><br> Defendant | ) <br> ) <br> ) <br> ) Case: 1:11-cv-02109 <br> ) Assigned To : Leon, Richard J. <br> ) Assign. Date : 11/28/2011 <br> ) Description: Labor-ERISA <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  L&J CONTRACTING, INC.
c/o Joseph M. Golkow
Agent for Service of Process
110 Harmon Drive
Blackwood, NJ 08012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ira R. Mitzner, Esq.
Charles V. Mehler III, Esq.
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: _11-28-11_

_____
Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* \* L&J Contracting, Inc.
was received by me on *(date)* 12/16/2011 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ante Sevo, Owner , who is designated by law to accept service of process on behalf of *(name of organization)* L&J Contracting, Inc. at 11 Hemlock Drive, Blackwood, New Jersey 08012 on *(date)* 12/22/2011 at 6:21 p.m. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/28/11

_____
*Server's signature*

Douglas Bramble, Process Server
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Server's address*

Additional information regarding attempted service, etc:
\* with Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint with Attachment and Initial Electronic Case Filing Order